IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:09CR17 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ADELIO RIBERA-MIRANDA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion for an extension of time by defendant Adelio Ribera-Miranda (Ribera-Miranda) (Filing No. 20). Ribera-Miranda seeks an extension of two weeks in which to file pretrial motions in accordance with the progression order (Filing No. 17). Ribera-Miranda's counsel represents that Ribera-Miranda has yet to receive the discovery directed by the Progression Order. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

Defendant Ribera-Miranda's motion for an extension of time (Filing No. 20) is granted. Ribera-Miranda is given until **on or before March 2, 2009,** in which to file pretrial motions pursuant to the progression order.

DATED this 18th day of February, 2009.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge